UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| ADRIAN LAMONT BENTON, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 5: 18-493-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| KATHY LITTERAL, Warden, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Kathy Litteral, Warden, with respect to all issues raised in this proceeding.

2. The claims asserted in this action by Petitioner Adrian Benton are **DISMISSED**, with prejudice.

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

4. A Certificate of Appealability shall not issue with respect to any matter raised by the petitioner.

5. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: February 25, 2019.



Signed By:
*Danny C. Reeves*
United States District Judge